

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00099-CR**

| | | |
|---|---|---|
| Petrit Diko | § | From 211th District Court |
| | § | of Denton County (F-2012-0431-C) |
| | § | April 14, 2016 |
| v. | § | Opinion by Justice Walker |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____

      Justice Sue Walker